## Case No. 588.

### ASKEW v. SMITH.

[1 Cranch, C. C. 159.]¹

Circuit Court, District of Columbia. March 26, 1804.

JUDGMENT BY CONFESSION—BEFORE RETURN OF THE WRIT.

A defendant, arrested to appear at the next term, cannot come in and confess judgment at this term; the writ being returnable to the next term.

[See Hoden v. Perry, Case No. 5,893.]

Rule to show cause why the defendant should not come in and confess judgment.

¹ [Reported by Hon. William Cranch, Chief Judge.]

Mr. Youngs, for the defendant. Although the writ is not returnable to this, but to the next term, yet a confession of judgment cures all errors.

Rule discharged—THE COURT being of opinion that such judgment could not, at this time, be regularly entered, so as to avail the plaintiff.